**Order entered November 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00802-CV

**HOSSEIN S. NAMDARKHAN AND BARDIA NAMDARKHAN, Appellant**

**V.**

**GLAST, PHILLIPS & MURRAY, P.C., MARK C. ENOCH,
MARK C. ENOCH, PC, AND MATTHEW ENOCH, Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-00853**

## ORDER

Before the Court is the November 16, 2018 motion of appellant Bardia Namdarkhan for an extension of time to file a brief. We **GRANT** the motion and extend the time to **Monday, December 17, 2018**.

/s/    ADA BROWN
        JUSTICE